IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRI GRIMLEY,<br><br>      *Plaintiff,*<br><br>  v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY, MILBANK INSURANCE COMPANY d/b/a STATE AUTO, and STATE AUTO INSURANCE COMPANIES d/b/a STATE AUTO,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 25-3111 |

## ORDER

**AND NOW**, this 20th day of August 2025, upon consideration of Plaintiff's Complaint (ECF No. 1-4), Milbank's Motion to Dismiss (ECF No. 9), Plaintiff's Response (ECF No. 11), and Milbank's Reply (ECF No. 13) it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

1. Count II is **DISMISSED** with prejudice.

2. Count V is **DISMISSED** without prejudice.

3. All class-action allegations are **STRICKEN** from the Complaint.

4. The part of the motion seeking to strike paragraphs 93, 96–98, 102, 104, 105 is **DENIED**.

5. Plaintiff may file an amended complaint consistent with the accompanying memorandum on or before **September 9, 2025**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.