**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KERRI GRIMLEY, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION<br>NO. 25-3111 |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, MILBANK INSURANCE COMPANY d/b/a STATE AUTO, and STATE AUTO INSURANCE COMPANIES d/b/a STATE AUTO, | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this 26th day of November 2025, upon consideration of Plaintiff's Amended Complaint (Dkt. No. 16), Milbank's Motion to Dismiss and to Strike, (Dkt. No. 17), Plaintiff's Response (Dkt. No. 20), and Milbank's Reply (Dkt. No. 21) it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

1.    Count III is **DISMISSED with prejudice** as to Milbank.

2.    The part of the motion seeking to strike paragraphs 1, 69, 72–74, 78, and 80–81 is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.